No. 20,775.

HANNAH F. BROWN et al., *Appellants,* v. N. T. PAUL et al., as Commissioners of the County of Anderson, et al., *Appellees.*

OPINION ON MOTION TO MODIFY JUDGMENT AND DENYING A REHEARING.

Appeal from Anderson district court; CHARLES A. SMART, judge. Opinion on motion to modify judgment and denying a rehearing filed June 9, 1917. (For original opinion see 100 Kan. 319, 164 Pac. 288.)

*F. J. Oyler,* of Iola, for the appellants.

*J. Q. Wycoff,* of Garnett, for the appellees.

The opinion of the court was delivered by

WEST, J.: The former order was made on the theory that the controversy might be adjusted. But the defendants have moved for leave to answer, and the cause will therefore be remanded for further proceedings in accordance with the former opinion, including leave to answer as to Clara A. Kasbeer. The motion for rehearing is denied.